MARTIN R. STOLAR, an attorney duly admitted to practice in this Court, for his declaration pursuant to 28 U.S.C. §1746, hereby affirms:

  On July 22, 2005 I served a copy of the within motion, affirmation and memorandum of law regarding conditions of confinement upon the following by First Class United States mail:

> Todd Harrison, Esq.
> Assistant U.S. Attorney
> 1 Pierrepont Plaza
> Brooklyn, NY 11201
>
> Paul M. Maire, Warden
> Metropolitan Dentention Center
> 100 29th Street
> Brooklyn, NY 11232

Dated: New York, N.Y.
   July 22, 2005

                  _____
                  MARTIN R. STOLAR