# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAHAWAR MATIN SIRAJ,<br>                              *Defendant.* | **NOTICE OF MOTION FOR SENTENCING REDUCTION PURSUANT TO 18 U.S.C. § 3582**<br><br>**Case No. 05-CR-104 (NG)** |

PLEASE TAKE NOTICE that upon an accompanying Memorandum of Law, Shahawar Matin Siraj moves this Court on a date and time to be set by the Court, or as soon thereafter as counsel can be heard, for an Order granting the following relief:

1. A reduction of Mr. Siraj's sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) as amended by the First Step Act (Pub. L. 115-391, § 603(b), 132 Stat. 5194, 5239 [eff. 12/21/2018]); and

2. Any other relief the Court deems just and proper.

Dated: October 12, 2022

                                        Respectfully submitted,

                                        **CLEAR PROJECT**
                                        **MAIN STREET LEGAL SERVICES, INC.**

                                        */s/ Mudassar Toppa*
                                        Mudassar Toppa
                                        Naz Ahmad
                                        CUNY School of Law
                                        2 Court Square
                                        Long Island City, NY 11101
                                        T: (718) 340-4630
                                        F: (718) 340-4478
                                        E: Mudassar.Toppa@law.cuny.edu

**COALITION FOR CIVIL FREEDOMS**

*/s/ Amith Gupta*
Amith Gupta
P.O. Box 66301
Washington, D.C. 20035
(408) 355-5782
amith@civilfreedoms.org

*Attorneys for Defendant*

CC (via ECF): Gillian Kassner
U.S. Attorney's Office
Eastern District of New York