

| | |
|---|---|
| **C**REATING<br>**L**AW<br>**E**NFORCEMENT<br>**A**CCOUNTABILITY &<br>**R**ESPONSIBILITY | Main Street Legal Services, Inc.<br>CUNY School of Law<br>2 Court Square<br>Long Island City, NY 11101-4356<br>www.cunyclear.org |

February 1, 2023

**By ECF**

Honorable Nina Gershon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>*United States v. Siraj*</u>, No. 05-cr-105 (NG)

Dear Judge Gershon:

    We represent Shahawar Matin Siraj in connection with his Motion for Sentencing Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) to reduce his sentence, filed on October 12, 2022 ("Motion"). As Mr. Siraj's health and the conditions of his confinement are matters before the Court's consideration in the pending Motion, we write to inform the Court of relevant developments in this matter.

    Upon information and belief, Mr. Siraj tested positive for COVID-19 for a second time on January 5, 2023. Thereafter, the Bureau of Prisons transferred him to the Special Housing Unit (SHU) at FCI-Otisville, where he was forced to stay until January 18, 2023.

    Respectfully submitted,

    **CLEAR PROJECT**
    **MAIN STREET LEGAL SERVICES, INC.**

    */s/ Mudassar Toppa*
    Mudassar Toppa
    Naz Ahmad
    CUNY School of Law
    2 Court Square

(t) 718.340.4558
(f) 718.340.4533
(e) cunyclear@law.cuny.edu



Long Island City, NY 11101
T: (718) 340-4021
F: (718) 340-4478
E: Mudassar.Toppa@law.cuny.edu

**COALITION FOR CIVIL FREEDOMS**

*/s/ Amith Gupta*
Amith Gupta
P.O. Box 66301
Washington, D.C. 20035
(408) 355-5782
amith@civilfreedoms.org

*Attorneys for Defendant*

CC: Nina C. Gupta, Assistant U.S. Attorney (by ECF and Email)